# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 18-08445-RAO | Date: January 11, 2019 |
| Title: Michael Fitzpatrick et al. v. Foodora GMBH et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

This action was filed on October 1, 2018. To date, Plaintiffs have not filed proof of service of the Summons and Complaint. None of the Defendants have made an appearance.

The Court, on its own motion, orders Plaintiffs to show cause in writing, no later than **January 25, 2019**, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs may discharge their obligation to show cause by filing proof of service by the foregoing deadline. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiffs do not intend to proceed with this action, Plaintiffs may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage: www.cacd.uscourts.gov.

**IT IS SO ORDERED.**

Initials of Preparer : dl